IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01826-PAB-MJW

MICHAEL D. BRYANT,

    Petitioner,

v.

J. M. WILNER, Warden,

    Respondent.

---

## ORDER

---

    This matter comes before the Court on the Recommendation on Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 16] from United States Magistrate Judge Michael J. Watanabe.  The magistrate judge recommends that this Court deny Petitioner's habeas corpus petition [Docket No. 2].  Petitioner filed a response to the Recommendation [Docket No. 17], claiming that he never received a copy of respondent's Response to Order to Show Cause [Docket No. 15] (the "Response").

    In order to ensure the Petitioner has received a copy of the Response and has an adequate opportunity to respond to it, it is

    ORDERED that the Clerk of the Court shall mail a copy of the respondent's Response to Order to Show Cause [Docket No. 15] and its attachments to Petitioner.  It is further

ORDERED that Petitioner shall have 20 days from the date of the Clerk's mailing of the Response to file any additional objections or arguments to the Recommendation on Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 16].

DATED November 2, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge